IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Trevino, Julio

Printed: 10/7/08

Case Number: 05 B 38490
Judge: Wedoff, Eugene R
Filed: 9/20/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: August 14, 2008
Confirmed: January 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 9,498.00 | |
| Secured: | | 5,112.75 |
| Unsecured: | | 282.40 |
| Priority: | | 950.37 |
| Administrative: | | 2,640.20 |
| Trustee Fee: | | 504.58 |
| Other Funds: | | 7.70 |
| Totals: | 9,498.00 | 9,498.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,640.20 | 2,640.20 |
| 2. | Midfirst Bank | Secured | 0.00 | 0.00 |
| 3. | Eighteen Investments | Secured | 0.00 | 0.00 |
| 4. | Midfirst Bank | Secured | 2,706.92 | 2,629.46 |
| 5. | Consumer Portfolio Services | Secured | 1,025.39 | 1,025.39 |
| 6. | The Money Store Auto Finance Inc | Secured | 1,198.51 | 1,198.51 |
| 7. | Eighteen Investments | Secured | 259.39 | 259.39 |
| 8. | Internal Revenue Service | Priority | 20,603.08 | 0.00 |
| 9. | Illinois Dept of Revenue | Priority | 950.37 | 950.37 |
| 10. | Chase Bank | Unsecured | 1,121.88 | 51.26 |
| 11. | Capital One | Unsecured | 1,170.08 | 53.46 |
| 12. | Peoples Energy Corp | Unsecured | 2,366.28 | 108.10 |
| 13. | Resurgent Capital Services | Unsecured | 2,415.83 | 0.00 |
| 14. | Illinois Dept of Revenue | Unsecured | 157.76 | 0.00 |
| 15. | City Of Chicago Dept Of Revenue | Unsecured | 1,522.87 | 69.58 |
| 16. | Internal Revenue Service | Unsecured | 6,489.34 | 0.00 |
| 17. | People | Unsecured | | No Claim Filed |
| | | | $ 44,627.90 | $ 8,985.72 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 145.20 |
| 5% | 49.50 |
| 4.8% | 79.19 |
| 5.4% | 211.05 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Trevino, Julio

Printed: 10/7/08

Case Number: 05 B 38490
Judge: Wedoff, Eugene R
Filed: 9/20/05

| | |
|---|---|
| 6.5% | 19.64 |
| | $ 504.58 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

